OPINION — AG — ** WELFARE — CHARGE FOR SERVICES ** THE DEPARTMENT OF PUBLIC WELFARE MAY 'NOT' CHARGE OR COLLECT FROM THE STATE OR NAY OF ITS AGENCIES OR POLITICAL SUBDIVISIONS ANY AMOUNT FOR ITS SERVICES IN PERFORMING ITS DUTIES AS THE " STATE AGENCY " FOR THE ADMINISTRATION OF THE FEDERAL OLD AGE AND SURVIVORS INSURANCE PROGRAM. (FEES, CHARGES, SERVICES RENDERED) CITE: 56 O.S. 162 [56-162], 56 O.S. 180 [56-180] (JAMES C. HARKIN)